**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CORAZON MARTIN LIMON,
                        *Petitioner,*

v.

ALBERTO GONZALES, Attorney
General,*

                        *Respondent.*

No. 03-71896

Agency No.
A46-511-004

ORDER

Filed June 3, 2005

Before: Michael Daly Hawkins, M. Margaret McKeown and
Richard R. Clifton, Circuit Judges.

---

## ORDER

Respondent's Motion to Rescind Decision and Remand to
the Board of Immigration Appeals is GRANTED. The Opinion filed on April 19, 2005, and cited at 404 F.3d 1143 (9th
Cir. 2005), is withdrawn and may not be cited as precedent by
or to this court or any district court of the Ninth Circuit.

---

*Alberto Gonzales is substituted for his predecessor, John Ashcroft, as
Attorney General of the United States, pursuant to Fed. R. App. P.
43(c)(2).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.